**VACATE and DISMISS and Opinion Filed November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00231-CV**

**WESCO INSURANCE COMPANY, Appellant**
**V.**
**WESTWOOD MOTORCARS, LLC; WESTWOOD MOTORS, LLC;**
**IGOR HAJDUCH; AND VERA HAJDUCH, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17267**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

By joint motion filed October 19, 2022, the parties state they have settled their dispute and ask that we vacate the trial court's judgment without reference to the merits and render judgment dismissing appellees' claims against appellant with prejudice. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant the motion and, without reference to the merits, vacate the trial court's judgment and render judgment

dismissing appellees' claims against appellant with prejudice. *See id.*

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

220231F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WESCO INSURANCE COMPANY,
Appellant

No. 05-22-00231-CV      V.

WESTWOOD MOTORCARS, LLC;
WESTWOOD MOTORS, LLC;
IGOR HAJDUCH; AND VERA
HAJDUCH, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-17267.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date and without reference to the merits, we **VACATE** the trial court's February 17, 2022 judgment and **DISMISS** Westwood Motorcars, LLC, Westwood Motors, LLC, Igor Hajduch, and Vera Hajduch's claims against appellant with prejudice.

We **ORDER** that each party bears its own costs of the appeal. The obligations of appellant Wesco Insurance Company, as principal, and U.S. Specialty Insurance Company, as surety, on appellant's supersedeas bond are **RELEASED**.

Judgment entered this 16th day of November 2022.